UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| TOKIO MARINE SPECIALTY INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 3:22-CV-319 ) |
| BILLIARDS AND BREWS, LLC and RICHARD C. LAWHORN, | ) ) ) |
| Defendants. | ) |

## ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02. Now before the Court is Defendant's Motion for Extension of Time to File Answer or Otherwise Plead [Doc. 10]. Defendants request a twenty-one-day extension to file their answer or response to the Complaint. Defense counsel entered a notice of appearance on October 2, 2022 [Doc. 9], and he relates that he was recently retained by Defendants and is still gathering necessary information to prepare a response [Doc. 10].

In light of defense counsel's recent retention in this case and for good cause shown, the Court **GRANTS** Defendant's Motion for Extension of Time to File Answer or Otherwise Plead [**Doc. 10**]. *See* Local Rule 7.2. Defendant **SHALL** file an answer or other response on or before **October 31, 2022**.

**IT IS SO ORDERED.**

ENTER:

*/s/ Jill E. McCook*
Jill E. McCook
United States Magistrate Judge